No. 24. LUEGO *v.* GONZÁLEZ.—Appeal from the District Court of Mayaguez. Decided March 21, 1905. Dismissed on account of noncompliance with the provisions of sections 299 of the Code of Civil Procedure, and 50, 51 and 54 of the Regulations. *Mr. Smith,* for appellant; *Mr. García Cuervo,* for respondent.

No. 25. CÁMARA *v.* ESTATE OF ROSCH.—Appeal from the District Court of Mayaguez. Decided March 21, 1905. Dismissed on account of noncompliance with the provisions of sections 299 of the Code of Civil Procedure and 50, 51 and 54 of the Regulations. *Mr. Quintero,* for appellant; *Mr. Ramírez,* for respondent.

No. 44. MONTOYA *v.* ORTIZ.—Appeal from the District Court of Mayaguez. Decided April 3, 1905. Withdrawn on motion of the appellant. *Mr. Texidor,* for appellant.

No. 35. RODRÍGUEZ ET AL. *v.* GANDIA.—Appeal from the District Court of Mayaguez. Decided April 3, 1905. The appeal was dismissed on the ground of noncompliance with the provisions of sections 299 of the Code of Civil Procedure and 50 and 54 of the Regulations. *Mr. Ramírez,* for appellant.

No. 74. RODRÍGUEZ *v.* CANALS HERMANOS & Co.—Appeal from the District Court of Ponce. Decided April 4, 1905. Withdrawn on motion of the appellant. *Mr. Lopez de Tord,* for appellant.

No. 116. MONTILLA *v.* VANSICKEL ET AL.—Motion for a reduction in the amount of the bond in an appeal taken from

a judgment of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 5, 1905. Motion granted. *Messrs. Hartzell and Rodríguez Serra* for petitioners; *Mr. Acuña,* for opponent.

---

No. 15. SALVÁ *v.* ESTATE OF BORRÁ GINART.—Motion for the admission of an appeal from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905. The admission of the appeal was denied. *Messrs. López Landrón and Pettingill,* for petitioners; *Messrs. José Guzmán Benítez* and *Hartzell and Rodríguez Serra,* for opponents.

---

No. 16. SALVÁ *v.* ESTATE OF BORRÁS ET AL.—Motion for the admission of an appeal from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905. The motion was denied. *Messrs. López Landrón and Pettingill,* for petioners; *Messrs. José Guzmán Benítez, Hartzell and Rodríguez Serra,* for adverse party.

---

No. 21. MANRIQUE DE LARA *v.* MORALES.—Motion to supplement the transcript of a record in an appeal by adding certain documents which had been involuntarily omitted therefrom. Decided April 18, 1905. The motion was granted. *Mr. Díaz Navarro,* for petitioner; *Mr. López Landrón,* for adverse party.

---

No. 3. BORRÁS ET AL. *v.* THE DISTRICT COURT OF HUMACAO.—Motion to set aside an order for the issue of a writ of *certiorari,* or otherwise, that a receiver appointed by the lower court to administer certain property in litigation be installed in office. Decided April 18, 1905. The motion was denied.